

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2015

No. 04-14-00888-CR

Harold James **HARRIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 384759
The Honorable John D. Fleming, Judge Presiding

## O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due July 13, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court